**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Peninsula Petroleum Limited, Minerva Bunkering Pte Ltd., Estern Services Inc., Alexandris Ships Limited,<br><br>    Plaintiffs,<br><br>    v.<br><br>Norvic Shipping International LLC, Norvic Shipping Asia Pte Ltd., Norvic Marine Holdings Inc.,<br><br>    Defendants,<br><br>and<br><br>Valley National Bank,<br><br>    Garnishee. | Case No.<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>[Fed. R. Civ. P. Supp. Rule B(1)] |

**TO: GARNISHEE: Valley National Bank**

**WHEREAS**, on February 18, 2026, Plaintiffs filed a Verified Complaint in the United States District Court for the Central District of California, for amounts alleged due and owing said Plaintiffs by Defendants Norvic Shipping International LLC, Norvic Shipping Asia Pte Ltd. and Norvic Maritime Holdings Inc. (collectively, Norvic) for the sum of **$1,442,957.04** (herein, the "Garnishment Amount") and praying for process of maritime attachment and garnishment against the property of said Defendants Defendants Norvic Shipping International LLC, Norvic Shipping Asia Pte Ltd. and Norvic Maritime Holdings Inc (collectively, Norvic) pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure ("Rule B"); and

//

1     **WHEREAS**, this Process of Maritime Attachment and Garnishment issued following the Court's review of Plaintiffs' Verified Complaint, verification, and *ex parte* application for issuance of process of maritime attachment and garnishment, pursuant to which the Court found the conditions of Rule B appear to exist and entered an Order so stating and authorizing issuance of process of maritime attachment and garnishment;

    **NOW, THEREFORE**, you are hereby commanded that if the said Defendants Norvic Shipping International LLC, Norvic Shipping Asia Pte Ltd. or Norvic Maritime Holdings Inc. (collectively, Norvic) cannot be found within the District, you attach the following pursuant to Supplemental Rule E(4) for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure:

    All assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants Norvic Shipping International LLC, Norvic Shipping Asia Pte Ltd. or Norvic Maritime Holdings Inc. (collectively, Norvic) LLC held by Garnishee up to the Garnishment Amount and that the same be attached as may be found in the possession of garnishees or which are found in the possession or control of specific garnishee Valley National Bank and/or any other garnishee within this District.

    **YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file notice in this Court with your return thereon and mail a copy to the attorney at whose request the execution was completed (Neil B. Klein, McKasson & Klein LLP, 18401 Von Karman Avenue, Suite 330, Irvine, CA 92612, (949) 724-0200).

//

1 WITNESS THE HONORABLE ROZELLA A. OLIVER, United States District
2 Court, this 19th day of February, 2026.

By: _____Brian D. Karth_____
CLERK OF THE COURT

BY: _____
Deputy Clerk

Process of Maritime Attachment and Garnishment